IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01431-MSK-CBS

OLIVIRGIN GALLEGOS,

    Plaintiff,

v.

VALLEY WIDE HEALTH SYSTEM, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Reply to Defendant's Affirmative Defenses (*doc. no. 23)* is **DENIED**, without prejudice, for failure to fully comply with **D.C.COLOL.CIVR. 7.1A**. The court is unable to determine whether the motion is opposed or unopposed.

**DATED:**    October 24, 2007