IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01431-MSK-CBS

OLIVIRGIN GALLEGOS,

    Plaintiff,

v.

VALLEY WIDE HEALTH SYSTEM, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Amended Motion for Leave to File Reply to Defendant's Affirmative Defenses (*doc. no. 23)* is **GRANTED**.  Plaintiff is directed to file a response to Defendant's Affirmative Defenses no later than **October 31, 2007**.

    Counsel for the Plaintiff is reminded that pursuant to D.C.COLOL.CIVR. 10.1E all papers filed with the Court shall be double spaced.

**DATED:**    October 25, 2007