THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01431-MSK-CBS

OLIVIRGIN GALLEGOS,

    Plaintiff,

v.

VALLEY WIDE HEALTH SYSTEM, INC.,

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court as a result of the parties' Stipulated Motion to Dismiss With Prejudice (Motion) **(#33)**. Having considered the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**. The claims of Plaintiff, Olivirgin Gallegos, against Defendant Valley Wide Health System, Inc., are hereby dismissed with prejudice. Each party shall bear its own attorney fees and costs incurred in connection with this action.

DATED this 8th day of February, 2008.

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge